RECEIVED
OCT 21 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| DAMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC | CIVIL ACTION NO. 08-476 |
| VERSUS | JUDGE DOHERTY |
| JONAH B. LAUGHLIN, ET AL | MAGISTRATE JUDGE HILL |

### ORDER

In light of the Fifth Circuit's recent decision in *In re Miller*, 570 F.3d 633 (5th Cir. 2009), the Bankruptcy Court's Order confirming the Chapter 13 Plan (Rec. Doc. 25) is hereby REVERSED, and this matter is REMANDED to the Bankruptcy Court for further proceedings in accordance with *In re Miller*.

THUS DONE AND SIGNED this ___21___ day of October, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 10-22-09
BY CB
TO USBC/WDLA via fax
BK# 07-20750